UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.:99-6153-CR-MOORE |
| | ) Mag. Judge Turnoff/Vitunac |
| Plaintiff, | ) |
| v. | ) **EMERGENCY MOTION FOR IMMEDIATE** |
| | ) **RELEASE OF SEALED RECORDS TO** |
| ORLANDO SANCHEZ CRISTANCHO | ) **COUNSEL FOR THE DEFENDANT** |
| Defendant. | ) |

COMES NOW, the Defendant, ORLANDO SANCHEZ CRISTANCHO, by and through his undersigned counsel, files this Emergency Motion for Immediate Release of Sealed Records to Counsel for the Defendant.

Undersigned counsel for the Defendant, ORLANDO SANCHEZ CRISTANCHO, requests the immediate release of the following sealed pleadings and/or transcripts pertaining to the Defendant. In support of the Motion, the Defendant, ORLANDO SANCHEZ CRISTANCHO, sets forth that the Defendant's bond has been revoked by U.S. District Judge K. Michael Moore contrary to law and without adequate foundation; without hearing and without the opportunity of counsel (before the issuance of the arrest warrant).

The Defendant has filed a Motion for Reconsideration and must have the instant records to prepare for hearing:

1. Sealed documents Docket Nos. 110 through 151 (whichever pertain to the Defendant, ORLANDO SANCHEZ CRISTANCHO).

2. Sealed document Docket No. 149 or 158 (whichever pertains to the Defendant, ORLANDO SANCHEZ CRISTANCHO).

3. Transcript or tape of sealed Docket No. 206 dated 5/22/00, Tape No. AEV00-33-2385.

4. Transcript or tape of minutes of chamber's hearing before Honorable U.S. District Judge K. Michael Moore held on 5/23/00 with counsel Assistant United States Attorney Theresa Van Vliet and Roy Kahn, Esq. No docket number is reflected in the docket.

5. Transcript or tape of minutes of hearing on 5/23/00 before the Honorable U.S. District Judge K. Michael Moore relating to the revocation of the bond of the Defendant, ORLANDO SANCHEZ CRISTANCHO.

6. Certified copy of the Order Revoking Bond dated 5/22/00 and/or 5/23/00 of the Defendant, ORLANDO SANCHEZ CRISTANCHO.

WHEREFORE, the Defendant prays that this Court will grant this Motion and enter an Order on his Emergency Motion for Immediate Release of Sealed Records to Counsel for the Defendant.

Respectfully submitted,

LAW OFFICES OF OSCAR ARROYAVE
2601 South Bayshore Drive
Suite 1400
Miami, Florida 33133
(305) 858-2383
Attorney for the Defendant

BY: _____
OSCAR ARROYAVE, ESQ.
Florida Bar No. 298859

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. mail on this 26 day of May, 2000 to Glenn C. Alexander, Assistant U.S. attorney, U.S. Attorney's Office located at 500 East Broward Boulevard, Ft. Lauderdale, Florida 33394.

BY: _____
OSCAR ARROYAVE, ESQ.

motion\osanchez.tr